United States Bankruptcy Court
Eastern District of California

In re:                                                          Case No. 23-11766-B

HENRY LUIS COVARRUBIAS                                           Chapter 13

REBECCA ELAINE COVARRUBIAS

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0972-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: pdf013 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

**Recip ID          Recipient Name and Address**
db/jdb          + HENRY LUIS COVARRUBIAS, REBECCA ELAINE COVARRUBIAS, 7804 PALODURA CT., Bakersfield, CA 93308-6442

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: bob@kernbankruptcy.law | Feb 06 2026 01:00:00 | Robert S. Williams, Williams & Williams, Inc., 2441 G St., Suite A, Bakersfield, CA 93301-2809 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026                    Signature:        /s/Gustava Winters

Lilian G. Tsang
Chapter 13 Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209)576-1954
E-mail: info@mod13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

HENRY LUIS COVARRUBIAS

REBECCA ELAINE COVARRUBIAS

**CASE NO:** 23-11766

**CHAPTER 13**

**NOTICE OF DEFAULT AND INTENT TO DISMISS CASE**

Lilian G. Tsang, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case, as provided by LBR 3015-1(g) and 11 U.S.C. § 1307(c) (for cause) due to Debtors' failure to make payment(s) pursuant to a confirmed plan. A list of payments received by the Trustee is attached as Exhibit A.

**As of February 05, 2026, payments are delinquent in the amount of $400.00 through January 2026. An additional payment of $200.00 will be due on the 25th day of this month.**

If the Debtors acknowledge that the payment(s) have not been made, the Debtors have two options: (1) Debtors may bring the payments current or (2) Debtors may file a modified plan.

If Debtors choose to bring the payments current then Debtors must follow the following payment requirement:

**Payment Due Date**

**The current delinquency amount of $400.00 must be RECEIVED BY THE TRUSTEE on or before March 17, 2026.**

If Debtors elect to cure the default by modification, Debtors must file a modified plan that cures the default within 30 days of the mailing of this notice, pursuant to LBR 3015-1 (d)(2).

///

NOTICE OF DEFAULT
AND INTENT TO DISMISS　　　　　　　　　　　　　　Page 1

If, and only if, Debtors believe there is NO DEFAULT IN PLAN PAYMENTS, then within 28 days of the mailing of the notice, the Debtors shall file, serve, and set for hearing an Objection to the Notice of Default giving the Trustee at least 14 days' notice, pursuant to LBR 9014-1(f)(2). An Objection shall state with particularity the grounds therefore, be supported by evidence, and accompanied by a notice of objection hearing. An objection and notice of hearing must be served on the following:

   (a) Lilian G. Tsang by email at: **efile@mod13.com**
      Or by first class mail at
      P.O. Box 3051
      Modesto, CA 95353-3051
   (b) The US Trustee's Office: **ustpRegion17.fr.ecf@usdoj.gov**

If the Trustee demonstrates that the Debtors have failed to make the payment(s) required by the confirmed plan, or if the Debtors fail to rebut the Trustee's evidence, the case shall be dismissed at the hearing.

Furthermore, if the Debtors fail to timely set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified plan and motion, or perform the modified plan pending its approval, or obtain approval of the modified plan, the case will be dismissed without a hearing on the Trustee's application.

Dated: February 05, 2026

/s/Lilian G. Tsang

Lilian G. Tsang
Chapter 13 Standing Trustee

**Exhibit A to Notice of Default**
   HENRY LUIS COVARRUBIAS
   REBECCA ELAINE COVARRUBIAS

| Date Posted | Trans. Type | Source - Check/MO # | Amount |
|---|---|---|---|
| 09/09/2025 | TFS - MONEYGR | | $416.00 |
| 07/16/2025 | TFS - MONEYGR | | $416.00 |
| 06/16/2025 | TFS - MONEYGR | | $416.00 |
| 05/12/2025 | TFS - MONEYGR | | $416.00 |
| 04/07/2025 | TFS - MONEYGR | | $416.00 |
| 03/06/2025 | TFS - MONEYGR | | $416.00 |
| 02/05/2025 | TFS - MONEYGR | | $416.00 |
| 01/03/2025 | TFS - MONEYGR | | $416.00 |
| 12/03/2024 | TFS - MONEYGR | | $416.00 |
| 08/21/2024 | TFS - MONEYGR | | $815.00 |
| 07/03/2024 | TFS - MONEYGR | | $817.00 |
| 06/05/2024 | TFS - MONEYGR | | $815.00 |
| 05/03/2024 | TFS - MONEYGR | | $815.00 |
| 04/02/2024 | TFS - MONEYGR | | $800.00 |
| 03/07/2024 | TFS - MONTHLY | | $800.00 |
| 02/07/2024 | TFS - MONTHLY | | $800.00 |
| 12/26/2023 | TFS - MONTHLY | | $800.00 |
| 12/04/2023 | TFS - PLAN RECI | | $800.00 |
| 11/02/2023 | TFS - MONTHLY | | $800.00 |
| 09/21/2023 | TFS - MONTHLY | | $800.00 |

| | |
|---|---|
| **Gross Debtor Receipts:** | $12,606.00 |
| **Less Debtor Refunds:** | $0.00 |
| **Net Debtor Receipts:** | $12,606.00 |

**Date Printed: 02/05/2026**